UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20577-ALTMAN

UNITED STATES OF AMERICA

vs.

JEFFERSON ALCIME,

Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Jefferson Alcime (the "Defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Between on or about April 1, 2021 and continuing through in or around July 2021, the Defendant was involved in a conspiracy to commit wire fraud related to a Payroll Protection Program ("PPP") scheme.

As part of the PPP scheme, the Defendant signed and caused to be submitted two fraudulent PPP loan applications. The Defendant signed and caused to be submitted a fraudulent PPP loan application requesting approximately $20,650.00 in PPP loan proceeds ("Loan Application 1"), which he submitted electronically to Bank 1 in or about April 2021. As a result of the Defendant's submission of Loan Application 1, Bank 1 disbursed, and the Defendant received, approximately $20,650.00 in PPP loan proceeds on or about April 16, 2021. Less than a month later, the Defendant signed and caused to be submitted a second fraudulent PPP loan application requesting approximately $20,650.00 in PPP loan proceeds ("Loan Application 2"), which he submitted to Bank 1. As a result of the Defendant's submission of Loan Application 2, Bank 1 disbursed, and

the Defendant received, approximately $20,650.00 in PPP loan proceeds on or about May 10, 2021. In support of his fraudulent PPP loan applications, the Defendant submitted a fraudulent Schedule C and IRS 1040 form. In each application, the Defendant fraudulently claimed to be a sole proprietor, owning a baking business. The Defendant also fraudulently claimed to make approximately $100,000 a year through his purported baking business.

In a post-*Miranda* statement to law enforcement, the Defendant admitted to signing and submitted Loan Application 1 and Loan Application 2. The Defendant also admitted that he was not a baker, and further stated he has never made $100,000 in his life.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 5/10/22    By: _____
YARA DODIN
ASSISTANT UNITED STATES ATTORNEY

Date: 5/10/22    By: _____
HELAINE BATOFF
ATTORNEY FOR DEFENDANT

Date: 5-10-2022    By: _____
JEFFERSON ALCIME
DEFENDANT

2